# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
HAROLD DENNIS WELLS, ET AL.

**DEFENDANTS**
MAUI ELECTRIC COMPANY, LIMITED, ET AL.

**(b)** County of Residence of First Listed Plaintiff: Maui
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: 
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
James J. Bickerton, Bickerton Law Group, 745 Fort Street, Suite 801, Honolulu, HI 96813, Tel. 808-599-3811; See attachment

Attorneys *(If Known)*
Joachim P. Cox, Cox Fricke LLP, 800 Bethel Street, Suite 600, Honolulu, HI 96813, Tel. 808-585-9440; See attachment

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine / ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | | | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations / ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☒ 290 All Other Real Property | / **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | / ☐ 550 Civil Rights | | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | / ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC §§ 1369, 1441(e)(1)(B), and 1446

Brief description of cause:
Plaintiffs seek compensation for damages allegedly arising out of the August 8, 2023 Lahaina Fire.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY *(See instructions):*
JUDGE: See Attachment
DOCKET NUMBER:

DATE: 12/05/2023
SIGNATURE OF ATTORNEY OF RECORD: /s/ Joachim P. Cox

**FOR OFFICE USE ONLY**
RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE

*Harold Dennis Wells, et al. vs. Maui Electric Company, Limited, et al.*

## Attachment to Civil Cover Sheet

### (I) Additional Parties and Attorneys

| Attorneys | Parties |
|---|---|
| BICKERTON LAW GROUP<br>James J. Bickerton<br>bickerton@bsds.com<br>Bridget G. Morgan-Bickerton<br>morgan@bsds.com<br>Topa Financial Center, Fort Street Tower<br>745 Fort Street, Suite 801<br>Honolulu, Hawaiʻi 96813<br>Tel: 808-599-3811<br><br>ANDREWS & THORNTON<br>Anne Andrews<br>aandrews@andrewsthornton.com<br>Sean T. Higgins<br>shiggins@andrewsthornton.com<br>Robert S. Siko<br>rsiko@andrewsthornton.com<br>4701 Von Karman Ave, Suite 300<br>Newport Beach, California 92660<br>Tel: 949-748-1000 | Attorneys for Plaintiffs<br>Harold Dennis Wells, individually and on behalf of the heirs of Rebecca Rans |
| COX FRICKE LLP<br>Joachim P. Cox<br>jcox@cfhawaii.com<br>Randall C. Whattoff<br>rwhattoff@cfhawaii.com<br>800 Bethel Street, Suite 600<br>Honolulu, Hawaiʻi 96813<br>Tel: 808-585-9440<br><br>MUNGER, TOLLES & OLSON LLP<br>Brad D. Brian<br>brad.brian@mto.com<br>Nicholas D. Fram<br>nicholas.fram@mto.com<br>350 South Grand Avenue 50th Floor | Attorneys for Defendants<br>Hawaiian Electric Company, Inc.,<br>Maui Electric Company, Limited,<br>Hawaii Electric Light Company, Inc.,<br>And Hawaiian Electric Industries, Inc. |

| Attorneys | Parties |
|---|---|
| Los Angeles, California 90071<br>Tel: 213-683-9100 | |
| DENTONS US LLP<br>Paul Alston<br>paul.alston@dentons.com<br>Nikolas A. Kacprowski<br>nick.kacprowski@dentons.com<br>Nathan P. Shimodoi<br>nathan.shimodoi@dentons.com<br>1001 Bishop Street, Suite 1800<br>Honolulu, Hawaiʻi 96813-3689<br>Tel: 808-524-1800<br>Fax: 808-524-4591 | Attorneys for Defendants<br>Elliot Kawaihoʻolana Mills,<br>Crystal Kauilani Rose, Jennifer Noelani Goodyear-Kaʻōpua, Michelle Kaʻuhane, And Robert K.W.H. Nobriga, Trustees of The Estate Of Bernice Pauahi Bishop |
| McCORRISTON MILLER MUKAI MacKINNON LLP<br>David J. Minkin<br>djminkin@m4law.com<br>Jordan K. Inafuku<br>jinafuku@m4law.com<br>Sara M. Hayden<br>smh@m4law.com<br>Kamrie J. Koi<br>kjk@m4law.com<br>Five Waterfront Plaza, 4th Floor<br>500 Ala Moana Boulevard<br>Honolulu, Hawaiʻi 96813<br>Tel: 808-529-7300<br>Fax: 808-524-8293 | Attorneys for Defendant<br>The County of Maui |
| CASE LOMBARDI<br>Michael L. Lam<br>Steven Edward Tom<br>Kaonohiokala Joseph Aukai IV<br><br>Anne E. Lopez<br>Attorney General<br><br>Amanda J. Weston<br>amanda.j.weston@hawaii.gov | Attorneys for Defendant<br>The State of Hawaii |

| Attorneys | Parties |
|---|---|
| David N. Matsumiya<br>david.n.matsumiya@hawaii.gov<br>Deputy Attorneys General<br>Department of the Attorney General,<br>State of Hawaiʻi<br>425 Queen Street<br>Honolulu, Hawaiʻi 96813<br>Tel: 808-387-1300<br>Fax: 808-586-8115 | |

## **(VIII) Related Cases**

Hon. Jill A. Otake:

*Naki, et al., v. State of Hawai'i*, *et al.*, Case No. 1:23-cv-00435-JAO-WRP

*Eder, et al., v. Maui Electric Company, Ltd.*, *et al.*, Case No. 1:23-cv-00459-JAO-WRP

*Sheikhan, et al., v. Hawaiian Electric Industries, Inc.*, *et al.*, Case No. 1:23-cv-00460-JAO-WRP

Hon. Leslie E. Kobayashi:

*Burnes, et al., v. Hawaiian Electric Co., Inc., et al.,* Case No. 1:23-cv-00452-LEK-RT