COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP
JOACHIM P. COX (7520)
jcox@cfhawaii.com
RANDALL C. WHATTOFF (9487)
rwhattoff@cfhawaii.com
800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone:  (808) 585-9440
Facsimile:  (808) 275-3276

MUNGER, TOLLES & OLSON LLP
BRAD D. BRIAN (*pro hac vice* forthcoming)
brad.brian@mto.com
NICHOLAS D. FRAM (*pro hac vice* forthcoming)
nicholas.fram@mto.com
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendants
HAWAIIAN ELECTRIC COMPANY, INC.,
MAUI ELECTRIC COMPANY, LIMITED,
HAWAII ELECTRIC LIGHT COMPANY, INC.,
and HAWAIIAN ELECTRIC INDUSTRIES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| HAROLD DENNIS WELLS, ET AL., | Case No.   1:23-cv-575 |
|---|---|
| Plaintiffs, | **DEFENDANTS MAUI ELECTRIC COMPANY, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AND HAWAIIAN ELECTRIC INDUSTRIES, INC.'S** |
| vs. | |
| MAUI ELECTRIC COMPANY, LIMITED, ET AL., | |
| Defendants. | |

|  | CORPORATE DISCLOSURE STATEMENT |
|---|---|

**DEFENDANTS MAUI ELECTRIC COMPANY, LIMITED; HAWAIIAN ELECTRIC COMPANY, INC.; AND HAWAIIAN ELECTRIC INDUSTRIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Maui Electric Company, Limited; Hawaiian Electric Company, Inc.; and Hawaiian Electric Industries, Inc. hereby disclose as follows:

Maui Electric Company, Limited is a domestic corporation that is registered to do business in the State of Hawaiʻi.  Maui Electric Company, Limited is wholly owned by Hawaiian Electric Company, Inc.

Hawaiian Electric, Inc. is a domestic corporation that is registered to do business in the State of Hawaiʻi.  Hawaiian Electric, Inc. is wholly owned by Hawaiian Electric Industries, Inc.

Hawaiian Electric Industries, Inc. is a domestic corporation that is registered to do business in the State of Hawaiʻi.  Hawaiian Electric Industries, Inc. is a publicly-traded company.  No publicly held corporation owns 10% or more of Hawaiian Electric Industries, Inc.'s stock.

The undersigned hereby certifies that, as of this date, other than the named parties, there is no interest to report under Rule 7.1 of the Federal Rules of Civil Procedure.

DATED:  Honolulu, Hawaiʻi, December 5, 2023.

<u>Joachim P. Cox</u>
JOACHIM P. COX
RANDALL C. WHATTOFF
Attorneys for Defendants
HAWAIIAN ELECTRIC COMPANY, INC.,
MAUI ELECTRIC COMPANY, LIMITED,
HAWAII ELECTRIC LIGHT COMPANY, INC.,
and HAWAIIAN ELECTRIC INDUSTRIES, INC.
