| PAUL ALSTON | 1126 |
| NICKOLAS A. KACPROWSKI | 8627 |
| WENDY F. HANAKAHI | 7963 |
| MADISSON L. HEINZE | 10651 |
| NATHAN P. SHIMODOI | 11027 |

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813-3689
Telephone:  (808) 524-1800
Facsimile:   (808) 524-4591
Email:  paul.alston@dentons.com
           nickolas.kacprowski@dentons.com
           wendy.hanakahi@dentons.com
           madisson.heinze@dentons.com
           nathan.shimodoi@dentons.com

Attorneys for Defendants
ELLIOT KAWAIHOʻOLANA MILLS, CRYSTAL KAUILANI ROSE, JENNIFER NOELANI GOODYEAR-KAʻŌPUA, MICHELLE KAʻUHANE, ROBERT K.W.H. NOBRIGA, TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HAROLD DENNIS WELLS, individually and on behalf of the heirs of REBECCA RANS,<br><br>       Plaintiff,<br><br>  vs.<br><br>MAUI ELECTRIC COMPANY, LIMITED, et al.,<br><br>       Defendants. | Case No. 1:23-cv-00575-JAO-BMK<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ELLIOT KAWAIHOʻOLANA MILLS, CRYSTAL KAUILANI ROSE, JENNIFER NOELANI GOODYEAR-KAʻŌPUA, MICHELLE KAʻUHANE, ROBERT K.W.H. NOBRIGA, TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP** |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ELLIOT KAWAIHOʻOLANA MILLS, CRYSTAL KAUILANI ROSE, JENNIFER NOELANI GOODYEAR-KAʻŌPUA, MICHELLE KAʻUHANE, ROBERT K.W.H. NOBRIGA, TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP**

Madisson L. Heinze of Dentons US LLP hereby gives notice of her appearance as counsel for Defendants Elliot Kawaihoʻolani Mills, Crystal Kauilani Rose, Jennifer Noelani Goodyear-Kaʻōpua, Michelle Kaʻuhane, and Robert K.W.H. Nobriga, Trustees of the Bernice Pauahi Bishop in the above-referenced matter.

DATED: Honolulu, Hawai`i, December 8, 2023.

/s/ Madisson L. Heinze
PAUL ALSTON
NICKOLAS A. KACPROWSKI
WENDY F. HANAKAHI
MADISSON L. HEINZE
NATHAN P. SHIMODOI

Attorneys for Defendants
ELLIOT KAWAIHOʻOLANA MILLS, CRYSTAL KAUILANI ROSE, JENNIFER NOELANI GOODYEAR-KAʻŌPUA, MICHELLE KAʻUHANE, ROBERT K.W.H. NOBRIGA, TRUSTEES OF THE ESTATE OF BERNICE PAUAHI BISHOP